CENTRAL CITY TRUST COMPANY, Respondent, v. EVERETT B. CURTIS and Others, Impleaded with DANIEL CRIMMINS, Appellant.— Judgment affirmed, with costs. All concur.